**STATE of Missouri, Respondent,**

**v.**

**Nicholas NETTLES, Appellant.**

**No. ED 101130**

Missouri Court of Appeals,
Eastern District,
**DIVISION FOUR.**

Filed: March 24, 2015

Matthew Huckeby, 1010 Market, Suite 1100, St. Louis, MO 63103, for Appellant.

Chris Koster, Richard A. Starnes, P.O. Box 899, Jefferson City, Missouri 65102, for Respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

## ORDER

PER CURIAM

Nicholas Nettles ("Defendant") appeals from the trial court's judgment, following a bench trial, denying his motion to suppress evidence and statements and finding him guilty on each of five counts: four counts of the class C felony of possession of a controlled substance, in violation of Section 195.202, RSMo. Cum. Supp. 2010, and one count of the class A misdemeanor of possession of a controlled substance, in violation of Section 195.202, RSMo. Cum. Supp. 2010. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 30.25(b).